THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE T. JONES, Respondent, *v.* CONRAD DIEHL et al., as Constituting the Board of Police of the City of Buffalo, Appellants.

*People ex rel. Jones* v. *Diehl*, 53 App. Div. 645, affirmed.
(Argued January 7, 1901; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 4, 1900, reversing a decision of the board of police of the city of Buffalo dismissing the relator from the police department of that city ; also, appeal from an order of said Appellate Division, made September 25, 1900, denying a motion to modify the order of reversal by providing for a new trial.

*Henry W. Killeen* and *W. H. Cuddeback* for appellants.

*William C. Fitch* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.